United States District Court
Northern District oF Illinois
Eastern Division


Darrica Dewayne Mitchell
Plaintiff

vs.

Toni Preckwinkle

Thomas J. Dart
defendants

1:16-cv-7964
Judge Joan H. Lefkow
Magistrate Judge Michael T. Mason
PC2

# RECEIVED

AUG 0 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE:

✔ COMPLAINT UNDER CIVIL RIGHT ACT, TITLE
42 SECTION 1983 U.S. CODE


_____ COMPLAINT UNDER CIVIL THE CONSTITUTION
("BIVENS" ACTION) 28 SECTION 1331 U.S. CODE


_____ OTHER

# I. Plaintiff(s)

A. Name: Darrico Dewayne Mitchell
B. List All Alias: Sean William
C. Prison I.D. Number: K7658
D. Place of present Confinement:
E. Address: 446 North LeClaire Ave. Chicago, Illinois 60644

# II. Defendant(s)

A. Defendant: Toni Preckwinkle
Title: Cook County Board President
Place of Employee: The County of Cook

B. Defendant: Thomas J. Dart
Title: Sheriff of Cook
Place of Employment: The County of Cook

C. Defendant: The County of Cook
Title: The County of Cook
Place of Employment: The County of Cook

I, Darrico Dewayne Mitchell, have had to fuldy file amd produce by hand the USC 42 pachet that sits before you, and I (Mitchell) Suffer with an learning disability, and I (Mitchell) also am Legally Disable by way of an Mental Illness. Therefore the task of filling, filing and producing such said 42 USC 1983 pachet by hand was/is highly Stressful. Considering that I (Mitchell) have Thirteen (13) suits filed within the Federal Courts, Northern District of Illinois, Eastern Division. But an list of such said Cases/Suits are as follows:

1 Mitchell-vs-Fabian et. al. Dk# 14-cv-7119
2 Mitchell-vs-Dart et. al. Dk# 14-cv-8154
3 Mitchell-vs-Dart et. al. Dk# 14-cv-9720
4 Mitchell-vs-Dart et. al. Dk# 14-cv-9723
5 Mitchell-vs-McCarthy et. al. Dk# 14-cv-
6 Mitchell-vs-Dart et. al. Dk# 14-cv-9895
7 Mitchell-vs-Fabian et. al. Dk# 15-cv-1477
8 Mitchell-vs-Threshold Bridge West Dk#. 15-cv-1478
9 Mitchell-vs-Cook County Cermok Hospital Services Dk#. 15-cv-1480
10 Mitchell-vs-Dart et. al Dk#. 15-cv-3448
11 Mitchell-vs-Prechwinhle et. al. Dk# 15-cv-1115
12 Mitchell-vs-Prechwinhle et. al. Dk#. 15-cv-6317
13 Mitchell-vs-Superintendant Eggleston et. al. Dk# 15-cv-11516

I have been forced to suffer and endure many grave ramifications committed, enabled and allowed by Cook County DOC Jail and the County of Cook/State of Illinois within the twenty-three (23) months of me (Mitchell) being incarcerated at C.C.DOC. I (Mitchell) have filed numerous grievances/complaints about/of ~~[redacted]~~ C.C. DOC sworn staff, personnel and certain Cook County Departments networking together to prevent Me (Mitchell) from receiving justice and/or compensation. Incidents became grave after I (Mitchell) filed grievances/complaints about/of ~~[redacted]~~ officers using unneccasy and excessive force, after that such incident (that involved an union representative) jail officials began to violate my (Mitchell) Constitutional Rights by embarking an campaine of harrassment against/upon me (Mitchell). Which is when I (Mitchell) began to create an documented papertrail, by way of sitting in full and clear view of Security Cameras and documenting dates, times and locations of such incidents/Events by way of using Inmate grievance forms (as an way of Providing legal documented proof) (to verify claims) Since all incidents/events I (Mitchell) reported were blatantly committed in full and clear view of ~~[redacted]~~ Stationary Security Cameras with total disregard for the rules and regulations at C.C. Doc/Jail. All incident/events I Mitchell filed grievances/complaints about/of ~~[redacted]~~ occured in full and clear view of Stationary Security Cameras, I (Mitchell) ~~[redacted]~~ recieved medical attention, and/or there is some sort of documentation that can proove/verify such claims ~~[redacted]~~ or allegations. But despite all the evidence I (Mitchell) provided that can verify my (Mitchell) claims and/or allegations, not one (1) assailant has been charged ~~[redacted]~~ with/for the crimes that have been committed, nor has anyone recieved disciplinary action, due to the fact Cook County Doc/Jail, The County of Cook/The State of Illinois employees were and are the advisaries/assailants who has embarked this campaine of Cruel Unusual Punishment/Retaliation against/upon me (Mitchell). And by allowing these/those lude acts to go unpunished, ~~[redacted]~~ by way of C.C. DOC/Jail and the County of Cook/State of Illinois Administraters, Directors, Supervisors ect. ect.

(2)

Such as Cook County Board President Toni Preckwinkle and Sheriff of Cook County Thomas J. Dart; taking an blind eye to such incidents/events they (Administraters, Directors, Supervisors ect. ect.) have/did/are enabling such incidents/events ("Basically declaring an open season of torture and torment against/upon me Mitchell"). I (Mitchell) have followed and went through all the proper procedures to obtain justice and/or Compensation for the atrocites of Cruel Unusual punishment ~~~~~, Retaliation ~~~~ along with an Conspiricy to Committ and Conseal that has been embarked upon/against me (Mitchell). An Conspiricy of which has been prooven due to the fact, as I (Mitchell) prevously stated/cited, not one(s) of the guilty parties and/or persons has/have been charged with the crimes that have been committed, nor has anyone recieved disciplinary action be it sworn staff, personnel, Cook County Department (such as O.P.R, C.I.I.D, Cook County police investigators ect. ect.) and/or Detainees (Confidential Informant Inmates) due to Supervisors such as Toni Preckwinkle and Thomas Dart taking/turning an blind eye to incidents/events. Which is why ~~~~~~~~~~this suit (Darrico Dewayne Mitchell-vs-Toni Preckwinkle) is about/of the fact Cook County DOC/Jail has not only subjected me (Mitchell) to Cruel Unusual Punishment (as you will read in claims/and/or related claims) but they (Cook County Jail / the County of Cook and other Cook County Departments) continued to retaliate against me (Mitchell) in many different ways, more specifically, by not filing ~~~~~~~~~~~~~~~ charges and/or refusing to prosecute assailants and by not issuing disciplinary action to any of the guilty parties and/or guilty persons who committed such said acts, by way of guilty parties and/or guilty persons Supervisors/Administraters ignoring all the ~~~~ facts and evidence I (Mitchell) provided (as you will see and read in such claims), therefore enabling such incident/events and behavior; by taking an blind eye to such incidents and allowing such incidents/events to go unpunished. Even though/despite the fact all grievances/complaints that were filed/submitted by me (Mitchell), were very well articulated with the facts of what my (Mitchell) complaints and issues were pertaining to Cook County sworn, personnel, the departments with in Cook County Jail and the County

of Cook; Continued to State that My (Mitchell) claims and/or allegations Could not be Substained; that there is No way to approve or disaproove such claims and/or allegations; that my (Mitchell) allegations were un founded and/or sending me (Mitchell) an Inmate Grievance Response related to such grievances/complaint that in No way has anything to do with the issue of Such grievances/complaints. Of which has led to an full fledge premeditated, Systematic and Malicious Conspiracy to Committ and Conseal, the Cruel Unusual Punishment, Retaliation, torture and torment, I (Mitchell) Continued to ~~XXXXX~~ Suffer, recieve and endure. I want to make it perfectly clear to the Court/Judge that I (Mitchell) am Not in any way chanlledging the grievance procedure at C.C. DOC/Jail. But what I (Mitchell) am stating, is that Cook County DOC/Jail; the County of Cook/ State of Illinois sworn staff, personnel and Cook County departments are purposely and deliberatly responding to such grievances/complaints I (Mitchell) filed/submitted, with responses that clearly have nothing to do with the issues of what I (Mitchell) filed such said grievances/complaints about/of, and/or taking an blind eye to such said incidents/ events, ~~XX~~ in order to Conseal such incidents/events and prevent Me (Mitchell) from recieving/obtaining justice and/or Compensation, by refusing to prosecute guilty parties and/or not issuing diseplinary action to any of the guilty parties and/or guilty person involved ~~XXXXX~~ Which is why ~~XXX~~ I (Mitchell) am filing/submitting this suit/complaint (Darrico Dewayne Mitchell-vs-Toni Preckwinkle) about/of the Cruel Unusual Punishment/Retaliation/ w/an Conspiracy to Committ and Conseal; that has been ~~XXXXXXXXXX~~ Committed enabled an allowed by Cook County DOC/Jail and the County Of Cook/State of Illinois. Due to the fact jail officials are Consealing such incidents/events Concerning ~~Cook County~~ Sworn staff, personnel and Confidential Informant detainees, by not issuing diseplinary action and/or ~~XXXX~~ Criminal charges (refusel to Prosecute and/or taking an blind eye to such incidents) despite the rock solid evidence I (Mitchell) Continued to provide/present. I (Mitchell) would also like to make it perfectly clear to the Court/Judge that all claims within this suit (Darrico Dewayne Mitchell-vs-Toni Preckwinkle) are based about/of incidents I (Mitchell) have tried to exhaust the grievance procedure about/of, ~~XXX~~ pertaining to the

(4)

Campaine' of Cruel Unusual Punishment / Retaliation / W/an Con spircy to Committ and Conseal, that Cook County DOC / Jail and the County of Cook / State of Illinois has embarked against / upon me (Mitchell). And in doing so, ~~xxxxxxxxxxx~~ they (CC DOC / Jail and The County of Cook / State of Illinois) have (a) acted under the color of state law, (b) violated my (Mitchell) Constitutional Rights; (c) I (Mitchell) have been victimized, (d) I (Mitchell) am legally disable by way of an Mental illness, and (e) I suffer from / with an learning disability; and due to such learning disability and mental illness the simple of filing and / or amending an Suit / complaint can became highly stressful and cause me (Mitchell) to become Mentally and Emotionally d       • which is why I Mitchell request that the Court / Judge grant My (Mitchell) Motion for Court appointed Counsel. I (Mitchell) also want to make it perfectly clear to the Court / Judge that the details within such claims and / or related claims, that may seem to be over lapping claims, part of another claim other than Cruel Unusual Punishment / Retaliation / W/an Conspircy to committ and Conseal, are just the detailed facts of such said claims and / or complaints. The Court / Judge should also know and understand that all other paragraphs that are Not Numbered are other incidents / events that I Mitchell have tried to exhaustt the grievance procedure about / of that support the claims that are Numbered and set forth in Separate paragraphs. ~~xxxxxxx~~ of which support My (Mitchell) lawsuit / ~~xxxx~~ complaint about / of the Cruel Unusual Punishment Retaliation and the Conspiracy to committ and Conseal that Cook County embarked against / upon Me (Mitchell). I (Mitchell) also request that the Court / Judge Notify the Department of Justice, The Department of Human Rights, and The Federal Buera of Investigations about / of such issue / ramifications that are cited within this claim / suit, on My (Mitchell) behalf due to the fact Cook County refuses to prosecute the guilty parties and / or persons involved

## SELF NOTARY

Notarized Under And By 735 ILCS 5/1-109
Under Penalty Of Perjury, This ___, Day of JULY ___, 2016
                                    Day #        Month         Year

Darrus Duncan Mitchell
                signature

1 Claim: June 17, 2014, 7am til 3pm pm shift, Cermak 2-South, After eating an pre-open lunch giving to me(Mitchell) by Sheriff/Correctional Officer, I became ill and later that evening. I was transferred from Cermak 2-South to Cermak 2-South ~~[illegible]~~ So the next day while being housed on 2-South, I decided to stay in group room, due to me(Mitchell) being sick, officer/sheriff refused to issue me an lunch/lunch tray, this this was just one of many premeditated, systematic and malicious incidents and rude behaviors committed by Sworn staff that I have ~~[illegible]~~ been force to endure. I filed an grievance/complaint about/of such incident, Complaint was giving Inmate Grievance # 2014378

2 Claim: June 18, 2014, 7am til 3pm shift, On Cermak 2-South, I was awaken by officer ordering me to exit the group room, so such room could be cleaned. I exited group room, ~~[illegible]~~ waited until such group room was clean, I then asked to return to such group room, due to the fact I did not feel comfortable in dayroom around other detainees, I also informed Sworn staff that someone had ~~[illegible]~~ Stuck and/or pricked/poked me with sharp needle point object, such officer stated he did not see anyone stick me(Mitchell), I replied ~~[illegible]~~, he (sheriff/c/o) was taking an blindeye to such, I was then placed in what is known as the ~~[illegible]~~ "quiet room". I remained in such "quiet room" until police investigator(Othell) came to interview me(Mitchell), after such interview I was order by (c/o's/sheriff) to have an seat, while Nurse Margrette prepared an P.R.N. I filed an grievance about/of such incident, Complaint was given Inmate Grievance # 2014378 *[side note: me one receiving disciplinary act.]*

3 Claim: June 21, 2014, 7am til 3pm shift, on Cermak 2-South, I filed an grievance/complaint about an incident that occured 06/13/14, when I was ~~[illegible]~~ admitted to ~~[illegible]~~ Cermak 2-North, then Cermak 2-South (psych wards) as form of Retaliation and cruel unsual penishment, due to the fact I was admitted to such psychward for filling grievances/complaints about the Hazing assults and Sexual assults that Continues ~~[illegible]~~ to be Committed, enabled and allowed here at Cook County Doc/Jail. I also Stated in such grievance

that all notes of assults and sexual assults, were malicously taken away from me (Mitchell) (by officers/sheriffs) along with other documents and legal papers, in order to deter me from ▨▨ filing lawsuits (One of which I had been trying to file for nine (9) months, at that such time) (that I was not allowed to do, due to Deterence Committed by C.C.Doc sworn staff Sworn staff and personnel).

14   Claim: July 21, 2014, 7am til 3pm shift, on Cermake 2-South, I re-submitted an grievance/ complaint (that I had originally filed April 20, 2014) about/of me (Mitchell) being placed/house in cell/rooms that had been rigged to torture and torment me ▨▨ and is an Continuence, the grave Bulling and Hazing that I have been forced to suffe and endure at Cook County Jail ▨▨▨▨▨▨▨▨▨▨▨, that Continued to go unpunished, because the Sticking stabbing and poked through premeditated, Systematic amid malicous attempts ▨▨ of putting incidents, when and where I was being stuck and poke (with sharp needle point objects) by Confidentral Informant detainees/Inmates, as well as Sworn Staff (Sheriffs) and other CC.Doc personnel off as an mental illness of mine (Mitchell), didnt work because I began to sit in veiw of Security Cameras as proof of such attachs Cook County began to place/house me in rooms/cells by myself (that had been rigged to Stuck and poke me through holes that had been drilled through the walls, Crawl spaces in the floors, drop ceilling, and Ventalation system) Content on putting assults Bullying & Hazing, torture? torment off as an mental illness of mine (Cruel unusual punishment/Retaliation/W/an Conspiricy to Committ and Conseal) (No one was issued disciplinary action)

15   Claim: July 21, 2014, 7am til 3pm shift, on Cermake 2-South, I filed an Grievance/Complaint about the fact I was not allowed to ▨▨▨ recieve my lunch/lunch tray, because I did not Come out of my cell/room, that was the third (3rd) time that Such week that I had been denied an lunch/lunch tray by Correctional officer/Sheriff Coleman Note: I also

(3)

I also stated in [redacted] Such grievance/Complaint (I filed about Such incident) that nothing was being done to guilty parties. [redacted] I also stated in Such Complaint that sargents, lutrents, Captains, Commanders, Superintendents, Directors, as well as Thomas Dart were allowing Such incidents (Cruel unusual punishment, Retaliation, W/an Conspiracy to commett and Conseal) due to the fact Such incident/events were blatantly Committed in veiw of Sercurity Cameras W/o any respect for my Constitutional Rights and/or the rules and regulations that Cook County Doc/Jail are Supose to abide by. (No one recieved disciplinary action)

6. Claim: July 12, 2014, 7am til 3pm Shift, On Cermak 2-South, I filed an Complaint about an incident that occured 06-22-14, 7am til 3pm shift, on Cermak 2-South. When and where I was placed in an single cell after being attacked attacked by Confidential Informant detanee, in veiw of Sercurity Cameras, in the group room. I also stated in Such grievance/complaint, that from 06-22-14 til 07-09-14, I had been confined to an cell/room, and that I had only been allowed to come out of Such cell/room four (4) times within that Such period of time 06/28/14, 07-02-14, 07/06/14, and 07-07-14 to recieve an shower and/or an hour (1hr.) out of Such cell/room (The person who attacked me [redacted] was allowed to come out with the rest of the group/tier, all of which I stated in the grievance/complaint I filed about/of Such said issue stated above) (Cruel unusual Punishment/Retaliation) (No one recieved disciplinary action)

7. Claim: July 17, 2014, 7am til 3pm Shift, On Cermak 2-South, I filed an grievance/complaint [redacted] Stating that I had been admitted [redacted] to [redacted] Cermak 2-South Since 06-16-2014 [redacted] as an [redacted] form of retaliation [redacted] for filing grievances/Complaints about/of misconduct (physical) Committed by Sworn Staff and Inmate on Inmate (physical). [redacted] I also stated in the body of Such grievance/Complaint that I had yet to recieve the weekly one-on-one interveiw with [redacted] psych doctor on Cermak 2-North

before being admitted to Cermak 2-South; nor was I homicadle or suicadle. I also
stated in the body of such ~~grievance/complaint~~ grievance/complaint that I was placed in an
single cell and told (per sheriffs/correctional officers) that I (Mitchell) had been placed
on twenty-three and one (23 and 1) status, as further torture, abuse, cruel unusual punishment
(which was also to deter me from being able to call agencies (such as O.P.R, L.A.F ect)
(I never allowed out of such cell/room during ~~normal~~ business hours) and filing complaints
and from recieving legal counsel (due to the fact I was told per staff that I could not
have an pen while in such cell/room) (even though pens are flexable, "shank free" piens)
(No one recieved disciplinary action)

8    Claim: July 21, 2014, 7am til 3pm shift, on Cermak 2-South, I file an grievance/complaint
      about/of the fact I had been admitted to Cermak 2-South since 06-16-14 and
      had yet to recieve an haircut and/or shave with in the five (5) weeks of being admitted
      to (psych unit) Cermak 2-South. (Pre-trial detainees/Inmates are not allowed to use
      razors, while housed on psych unit)

9    Claim: August 14, 2014, 7am til 3pm shift, Cermak 2-South, I filed an grievance/complaint
      about an incident that occured 06-22-14, when I was attacked by an
      Confidential Informant detainee/Inmate while housed on Cermak 2-South in the
      group room #2113, 7am til 3pm shift. After such incident Sheriff/C/o supervisor
      (white shirt) come and intervened me, using and portable video camera, the
      (white shirt) began asking me (Mitchell) about such ~~incident~~ said
      incident stated above; then he (white shirt) ask me (Mitchell) if I wanted to
      press charges against such assailant, I (Mitchell) replied "I dont know", He
      (white shirt) ~~replied~~ replied to answer yes or No. I replied "yes"; but
      No charges were ever filed against such assailant or anyone else who attacked ~~me~~
      and/or assulted me; even though the security cameras bared witness and proof

(5)

of such incidents. I also stated in the body of such grievance/complaint ~~[illegible]~~ (filed August 14, 2014) that the incident stated within this Complaint was more evidence of neglegence, Abuse, Duty of Process, Deterence, Cruel unusual punishment ect ect, ~~[illegible]~~ that had been embarked against me, to prevent me from seeking Justice and/or Compensation, Committed by an Corrupt network of Cook County sworn staff and personnel (Conspiracy to Committ and Conseal)(No one recieved disciplinary action)

10. Claim: August 16, 2014, 7am to 3pm shift, Cermak 2-south, I re-submitted an grievance/Complaint about/of an prior grievance/complaint I filed 04/20/14, Concerning the fact, that, upon recieving meals at Cook County DOC/Jail, Confidental Informant detainees/Inmate and swornstaff were putting certain substances in food and/or food trays of mine, harmful chemicals, but not deadly, as an form of Retaliaton, Committed through acts of Hazing, due to me speaking up for myself and filing/Submitting grievances/Complaints about/of prior incidents (about/of Unneccasary & excessive force, Sexual assaults, Inmate on Inmate (physical), Sworn staff Misconduct (physical and Non-physical), Failure To Protect ect. ect.). I also stated in the body of such grievance/complaint that everytime I had eaten Such Food/Food trays I (Mitchell) instantly began breaking out in (what seemed to be) hives, ~~[illegible]~~ my mouth began to itch, along with my skin, throat and chest. I stated within such Said grievance/Complaint, that, everytime I went to healthcare/sickcall about/of such complaint Said Complaint stated above, I (Mitchell) was being told (per C.C. DOC medical staff) I have Exzema ~~without~~ and/or my Complaint (stated above) were that of an Mental illness ("which are both lies")(Cruel unsusual punishment/ Retaliation/w/an Conspiracy to committ and Conseal)(This Claim is about Health Care unit/ Sickcall/Cook County ~~[illegible]~~ Medical Staff Stating that I have Exzema, and C.C. DOC/Cermak Staff/Mental Healthstaff Stating my Such Said issue was that of an mental illness inorder/attempt to conseal such incident/event s)

(6)

"11 Claim; August 26, 2014, 7am til 3pm shift, Cermak 2-South; I re-submitted an grievance/complaint about/of an prior grievanced complaint I filed/submitted 07/21/14 concerning the fact I had been admitted to Cermak 2-South (psych ward) since 06/16/14 and I had yet to recieve and/or be given an haircut and/or shave with in the five (5) weeks (that grievance/complaint was sent back to me marked as an non-grievance) (which is why I submitted such said complaint Aug. 26, 2014). Which at the time and date I filed this such grievance/complaint (Aug. 26, 2014), It had been nine (9) weeks I had had to go without and Haircut and/or shave, and that I have had to appear to Court three (3) times without recieving an haircut/shave. I demanded (in such grievance) that I be allowed the state requirement to Barbershop for an haircut and shave. Considering the fact that pre-trial detainees/inmate are not allowed to recieve and use razor (psych ward). (Retaliation)

12 Claim; September 03, 2014, I filed an grievance/complaint about an incident that occured Aug. 28, 2014, 7am til 3pm shift Cermak 2-south, When and where my name was called by the nurse, She (nurse) ask me if I wanted to take my medication, I (Mitchell) replied that I was not on any medications, and that she (nurse) must have been mistaken, She (nurse) replied, that She was not mistaken, and that the doctor (psych doctor) had prescribed me (Mitchell) medication (Zyprexa) I (Mitchell) had not spoken or been interviewed with/by an psychi doctor in over four (4) weeks, I also stated in the body of such grievance & complaint that this such incident (stated above) was another attempt to Sedate me from being angry about the torture & torment I had recieved while at Cook County Doc/Jail, and also to keep me from "wanting" to seek Justice and/or Compensation, and as an way to put the Cruel unusual Punishment and Retaliation off as an "Mental Illness" of mine (Conspiracy to Commit and Conceal)

13 Claim: September 03, 2014, 7am t, 13pm shift, D.v. 10, tier 2c, I file/submitted an' grievanced complaint about/of the fact C.C. DOC inmate ▓▓▓ in formation hand book, states that ▓▓ for Harrasment and abuse Complaints, In mates should call (O.P.R) Office of Proffesional Review at Phone# 773-674-7545 and/or (hotline) 773-674-7580 for Complaint against C.C Doc staff, But upon Calling the above cited phone#'s, I was being told (per the Phone System) ▓▓ I am unable to complete such call to O.P.R, due to the fact I am unable to ▓▓▓▓▓ afford such call." Basically if inmates are not allowed to call and make an complaint unless we(detainees/inmates) Can afford to do so; and if We(detainees) don't have the funds to make such a call, our complaints must go unheard and unpunished. I recieved No answer to such Complaint (Conspiricy to Committ and Conseal)

14 Claim: September 09, 2014, 7am t, 13p/x shift, Division 10 Tier 2-c, I filed an grievanced Complaints stating I (Mitchell) had recieved an visit from O.P.R reguarding incidents that ▓▓▓▓▓▓ occured at Cook County DOC/t,il Concerning sworn staff, personnel and Confidential Informant detainees/inmate I recieved visits ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from The Cook County Sheriff Office of Proffesionall Review, all food trays ▓▓▓▓▓ issued to me(Mitchell) through sworn staff and Confidential Informant detainees/inmate Upon eating, have Cause my Skin, eyes, mouth, tonge, throat and overall body to ▓▓▓▓▓ itch and burn, and rashes and bumps to instantly appear on my body. Medical doctors at Cook County stated to me, that the pealing and deteration of my skin was "Exzema". I informed such doctors that I have never had such out breaks before and that I (Mitchell) have never been dianoised with Exzema, I also informed such ▓▓▓▓ Medical doctors that Exzema is not an          that would start at the age of thirty-three (33 yr.old),

(8)

then such Medical doctor took an Second (2ed) look at ( ) then ▨ (Medical Doctor)
Said to me, that such deteration looks like the effect that Someone who works around/with
Chemicals (More Retaliation, Cruel and unusual punishment)

15 Claims: September 09, 2014, 7am til 3pm shift, Division 10, Tier 2-C, I filed/submitted an
grievanced Complaint about/of an previous grievances/complaints I filed that
were reffered to (O.P.R) The Cook County Sheriff's Office of Proffesional Review
due to the nature of such incidents/events and/or due to an on going investigations
Concerning the same ▨▨▨▨ type of incidents/events. At the time I filed
this such grievance/complaint against O.P.R-I.S, it had been five (5) months
Since I recieved such response, informing me (Mitchell) that such said
Issue and grievanced Complaint had been Reffered and/or forwarded to O.P.R.
(Inmate Grievance #/ Control # 2013 2302), I also stated in such grievance/complaint
that I (Mitchell) had yet to recieve Justice and/or Compensation. I also stated
▨▨▨ (in such grievance/complaint) that No guilty parties and/or persons were
ever charged ▨▨ with the crimes they had committed, even though I
▨▨▨▨ requested ▨▨▨▨▨▨ full criminal charges be pressed against all guilty
▨▨▨▨ persons, and full disciplinary action, ▨▨▨▨▨▨▨▨▨▨▨▨▨ that
as well as full legal action be it Civil, State and/or Federal lawsuit, Note: None
of my request were obliged, even though these incident in full and clear view
of Serenrity Cameras. I also in such said Grievance/Complaint, that as an
result of No Charges being filed against any of the guilty parties and/or
persons about me (Mitchell) being assulted and Sexually assulted, such attacks
Continue daily. (Conspiracy to Committ and Conseal)

16 Claim: September 10, 2014, 7am til 3pm shift, Division 10, tier 2-C, I filed an grievanced
Complaint about an previous grievance/complaints I submitted/filed that was

(9)

Issued Inmate Grievance#/Control# 20142831. The inmate grievance response I recieved Concerning such Control#(20142831) stated that the grievance/complaint to this Control# had been reffered to The Cook County Sheriffs Office of Proffesional Review (O.P.R) for investigation and/or review. (today's date is 12- -15) I still to this very day have yet to recieve justice and/or Compensation, nor has any of the guilty parties and/or persons Who committed such acts ▨▨▨ recieved ▨▨▨ disciplinary action or Criminal charges. (Conspiracy to Committ and Conseal incident/event Committed enabled & allowed by C.C.Doc)

17  Claim: September 09, 2014, 7am til 3pm shift, Division 10, Trer 2-C, I filed an grievance
    Complaint Concerning an ▨▨▨▨ previous grievance/Complaint, I filed that
    that was issued Inmate Grievance#/Control# 20142832, that was reffered to
    The Cook County Sheriff's Office of Proffesional Review(O.P.R) for investigation
    and/or review, due to the fact ▨▨▨▨▨ I had not recieved any justice for
    the criminal acts that ▨▨▨ I had encountered and none of the guilty parties
    and persons who Committed, enabled or allowed such ▨▨▨▨ Criminal acts
    had been charged (criminal charges) or recieved diseplinary acts, even though
    all incident/events I pertaining to such Control#(20142832) were Committed
    in full and Clear view of Stationary Serecurity Cameras. I also requested (in the
    grievance/complaint ▨▨▨ that recieved Control#20142832) that ▨▨▨ Full Criminal
    Charges be filed/pressed against all guilty parties and/or persons. I also
    stated that I wanted to presume full legal action against Such assailants be it
    Civil, State and/or Federal lawsuits. But due to the fact such incident/events
    Were Committed by C.C Doc /Jail Sworn Staff, personnel and Confidential
    Informant detainees/inmates, an blind eye has/is being taken to such
    these such incident/events (Conspiricy to Committ and Conseal)

18  Claim: September 09, 2014, 7am til 3pm shift, Division 10, Trer 2-C, I filed an

1C

Complaint/grievance about/of an previous grievanced Complaint that was issued ▓▓▓▓▓▓
Inmate Grievance #/Control # 20142833 Which was had been reffered to The Cook County
Sheriff's Office of Proffesional Review(O.P.R) for investigation and/or review, but No diseplinary
action ▓▓▓▓▓▓ or Criminal Charges have been issued to any of the guilty parties and/or
persons, which is the reason these/those Such incidents continued on an everyday basis. All
incidents and events regarding Inmate Grievance #/Control # 20142833 were Committed and/or
Occured in full and clear view of ▓▓▓▓▓▓ Stationary Sercurity Cameras located with in
C.C.DOC/Jail (Conspiracy to Committ and Conseal)

19 Claims September 09, 2014, 7am til 3pm shift, Division 10, Tier 2-C, I filed ▓▓▓▓ an grievanced
Complaint ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ about/of an previous
grievance/complaint ▓▓▓▓▓ that was issued Inmate Grievance #/Control # 20142834
Such grievance/complaint was reffered to The Cook County Sheriff's Office of Proffesional
Review(O.P.R-I.S) and/or The Cook County DOC/Jails Criminal Investigation Intelligence
Department(CIID). All incident/events I/(Mitchell) reported and/or file/submitted
grievanced complaints about/of that were reffered and/or forwarded to O.P.R-I.S.
and/or CIID occured in full and clear view of ▓▓▓▓▓ Stationary Sercurity Cameras. )
But I have yet to recieve justice and/or Compensation; and due to the fact that NO guilty
persons and/or parties have been Criminally charged ▓▓▓▓ or recieved disciplinary
action and because Such ▓▓▓▓ incidents/event Continue to go unpunished, Such
incident/events have led to me/(Mitchell) being assulted and Sexually assulted on
an everyday basis. Conspiracy to Committ and Conseal, the Cruel Unusual punishmentt
Retaliation itorture and torment Committed by C.C. DOC Sworn Staff, personnel & inmates
Other Cases/ Inmate Grievance #/Control numbers ▓▓▓▓ reffered and/or forward to
O.P.R-I.S. and/or CIID that I have yet to recieve justice ▓▓▓▓▓▓ about/of

| (Excessive Force) | (Misconduct by Sworn staff) | (Misconduct by Sworn staff) | (Misconduct Physical Sworn) | (Misconduct Physical by Sworn staff) | Failure To) Protect | (Misconduct Physical) by Sworn staff |
|---|---|---|---|---|---|---|
| 20134258, | 20142302, | 20142831, | 20142834, | 20142835, | 20142833, | 20143008 |

Misconduct Physical by Sworn staff
2014 3011, 2014 3832, 2014 3350
Failure To Protect
Failure To Protect
Physical Misconduct By Sworn Staff 2014 3516, 2014 3512, 2014 4727, 2014 4822
Failure To Protect
Failure To Protect
Misconduct (Non physical) by Sworn staff
Inmate on Inmate physical 2014 4854, 2014 4516, 2014 5329
Law Library Services
Inmate on Inmate physical
Misconduct physical by Sworn Staff 2014 5423, 2014 5480, 2014 5481
Inmate on Inmate Physical
Failure To Protect
Inmate on Inmate Physical 2014 5710 2014 5709
Inmate on Inmate physical
Failure To Protect 2014 5842, 2014 6151, 2015 0962
Inmate on Inmate physical
Misconduct Non physical by Civilian staff
Misconduct non physical by CHS staff 2015 1086, 2015 1548, 2015 2488
Failure To Protect
Inmate on Inmate Physical 2015 2489 2015 252
Inmate on Inmate Physical
Failure To Protect
Misconduct physical by sworn staff 2015 2757, 2015 3254, 2015 3255
Inmate on Inmate Physical
Misconduct Physical by Sworn staff

20 claim:8 October 23, 2014, 7am til 3pm shift, Div.08 (RTU) 4A-A, I filed an grievance/complaint Stating October 10, 2014, 7am til 3pm shift, Div.10, tier 2C, I was placed in segregation for an incident that occured in Division 10 (CC.DOC) and that on the above date (10/23/14), I received an visit from the Diseplinary Hearing Board (at CC.DOC). The eight (8) days in which the Diseplinary Hearing Board has to hear Such diseplinary Report against pretrial detainees/Inmates (Me) (Mitchell) had long passed (diseplinary reports are supose to be dismissed if Not heard with in eight (8) days C.C.DOC rules State that no diseplinary hearing shall be commenced more than eight days (Inclusive of Holidays and Weekends). Once again C.C.DOC/Jail failed to complete due process/denied me due process as an form of Retaliation, committed by an Corrupt network of Cook County Sworn staff and personnel. Note: I recieved an ▓▓▓▓▓ Inmate Grievance Response Stating Hearing Board Decision is pending, complete phych review review from Doctor Nunez at Cermak Hospital (which was another ploy to put the criminal act committed by C.C.DOC off as an mental illness) (Conspiracy to Commit and Conseal)

21 claim:8 October 23, 2014, 7am til 3pm shift, Div.08 (RTU) 4A-A, I filed an grievance/complaint Stating 04-20-14 and 06-21-14, I filed an grievance/complaint about being placed in rooms/cells that had been rigged to torture/torment me (Mitchell), an continuence of the Bullying ▓▓▓ and Hazing that led to me being Sodomized (Sexually assaulted) at C.C.DOC, and me (Mitchell) having to Suffer/endure such attacks that continue to go un punished. Because the sticking, stabbing and being poked by/through

pre meditated, Systematic, malicious and Diabolical attempts to put ▓▓ these such attacks off as an mental illness, of which I (Mitchell) made sure wouldn't be possible. Due to the fact I began to sit in used of stationary sereucity Cameras as proof of such attacks and my sanity. Because Corrupt Cook County Sworn Staff and personnel began to lie on inmate grievance responses, stating my (Mitchell) allegations were false and Not true. Even ▓▓ though all incidents I reported reguarding such incident/events ▓▓ occured in full and Clear view of Stationary Sereucity Cameras. Note: I recieved an inmate grievance response, per Inmate Serv. Admin. Which stated "Inmate filed grievance # 2014×2831 sent to O.P.R-I.S returned to inmate on 05/25/14, Inmate refused to sign". I ▓▓ never refused to sign an Inmate grievance Response about such incident. (Fraud) (Conspiricy to Committ and Conseal) (No displinary action was issued)

22 Claim: October 23, 2014, 7am til 3pm shift, Div.08 (RTU) 4A-A, I filed an grievance/Complaint Which stated I recieved an Inmate Grievance Response, Concerning an ▓▓▓ EMERGANCY GRIEVANCE I had filed about/of an incident that occured 10/07/14, 7am til 3pm shift, Div.10, tier 2-C, Where and when I was Stucke, stabbed and poked with Sharp needle point objects by Confidential Informant detainee/inmate s, of ▓▓ Which I (Mitchell) supplied the names and/or cell#'s of such assailants. Not one assailant recieved displinary action or Criminal charges, these such incidents occured in full and clear view of ▓▓▓ Stationary Sereucity Cameras (Conspiricy to Committ and Conseal bullying & Hazing, torture & torment)

23 Claim: November 03, 2014, 7am til 3pm shift, Div.08 RTU tier 4A-A, I filed an grievance/Complaint about/of the fact I had filed numerous grievanced Complaints about/of the fact I was being assulted and Sexually assulted (which derived from bullying & Hazing Committed, enabled and allowed by C.C.Doc/Jail). I also stated that every time I made verbal Complaints about/of such incidents, I was being told that I was expiricing symptoms of ▓▓ "My Illness", So I began to

(13)

Sit in full and clear view of ▓▓▓▓▓ Stationary Sercurity Cameras as proof of such incidents and then I would inform Sworn staff of Such incident, then I would document such incidents/events by way of filing/submitting an grievanced Complaints (creating an paper trail), ▓▓▓ and using the ▓▓▓▓ Stationary Sercurity Cameras as my wittness, I also supplied names and cell#s of Some assailants, I explained all ▓▓▓▓ this to Cook County police investigaters, O.P.R-I.S. agents and CIID investigators.

Note: I requested that all Sercurity Camera footage ▓▓▓ Reguarding all such incidents be sent to my Attorney and/or Courts to ▓▓▓ Verify my claim and/or "Allegations", (Conspiracy to Committ and Conseal) (No one recieved disciplinary action) Nor has anyone been prosecuted)

24. Claim: November 25, 2014, 7 am til 3pm shift, Div. 08 (RTU) 4A-A, I filed an grievanced Complaint ▓▓▓▓▓ stating I continue to have to endure the Cruel unusual punishmen that was being committed, enabled and allowed by C.C. Doc Sworn staff, personnel ▓▓ Confidential Informant detainees/inmates and Administraters, and that as of October 2014 I (Darrico Dewayne Mitchell) was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ told (per (White shirt) (Sargent) that I had been placed on Administrative Segregation. ▓▓ Due to the fact I refused to allow C.C. Doc Sworn staff and personnel to get away with the lude acts of Bullying & Hazing that I ▓▓▓ had, had to suffer and endure (14 months). After I informed Sworn staff and personnel, and filed grievances/complaints stating I was not ▓▓▓▓▓ exspiricing symptoms of "My Illness", as Sworn staff and personnel said, So many times before I informed them (C.C. Doc staff) that I (D. Mitchell) was sitting in full and clear view of Stationary Security Cameras as proof of such attackes. That when C.C. Doc/Jail begon to ▓▓▓▓▓▓ implament all types of malicous acts against me, Content on putting such ▓▓▓▓ Malicous acts off as an mental illness of mine, and because I wouldn't allow C.C. Doc/Jail to put such Bullying & Hazing/ Torture & Torment off as an mental illness of ▓▓▓ mine and due to the

(14)

fact I (D. Mitchell)) continued to presue justice and compensation C.C. Doc Campaine of Bullying & Hazing, became grave, by way of torture & torment (Basically, making the statement) that since I would not allow C.C. Doc/Jail to get away) with ~~the~~ the atrocites they had committed, Cook County and Cook County Doc have gone out of their way to torture and torment me (Mitchell) on an everyday basis, which can all be ~~seen~~ seen and verified by stationary Security Camera footage.

I also stated in such grievance/complaint that because Administraters, Directors, Superintendents, Sheriff/c/o's Supervisor, ~~correctional~~ Correctional officers/Sheriff, Cook County Personnel and Confidential Informant detainees/Inmates are the guilty parties and persons who committed, enabled and/or allowed such acts Note: No charges have been filed against anyone — I requested that D.O. J the Department of Justice, the Department of Human Rights, O.P.R - IS ~~~~ ~~~~ and any other agency that handles these type of issues be notified including Wiki Leaks. I also request that such grievance/complaint be marked as an (Grievance, Not an Request) which ~~~~ would demand an Inmate Grievance Number/Control # (Conspiricy to Committ and Conceal)

<sup>25</sup> Claim: November 25, 2014, 7am til 3pm shift, Div.08, RTU 4A-A, I filed an grievance Complaint about/of the fact that I (Mitchell) had been in segregation since October 10, 2014 and that I had to report to two (2) Court appearences since then. I also stated I stated that I had been placed on administrative segregation and that I had not been allowed to recieve an haircut or shave, therefore making it impossible to maintain my personnel grooming. I was placed on Administrative Segregation (So I was told per Sargent) due to the fact I was being bullied and hazed by Sworn staff, C.C. Doc personnel and fellow detainees/inmates (of which I considered to be ~~~~ Cruel unusual punishment) (and Retaliation) I also stated I had done nothing wrong to loose privilages (such as haircuts & shaves)

15

Note: I requested that I recieve an haircut and shave on an regular basis as required by State law, I also requested that I recieve more than one(1) hour out of my cell (23 and 1), . I also requested that such grievance/complaint recieve an Inmate Grievance Number/Control #. Note: Such grievance/complaint was reffered to Div. 08 RTU superintendant, personnel Responding to such grievance; Stated Tier 4A is ▓▓▓ Scheduled for Barber Shop on Sundays. Detainee was taken to Barber Shop on 12/04/14 Note: Tier 4A-A ▓▓▓▓▓▓▓▓▓ was not allowed to recieve haircut & shaves from Barbershop. (I was told segregation was not allowed to recieve haircuts & shave from barbershop, and that ▓▓▓▓▓ detainees/inmates in Segregation could not recieve razors ) (Even though I was on administrative Segregation)

24 Claim: December 22, 2014, 11pm til 7pm shift, Div. 08 (RTU) Tier 4A-A, I woke up to find , the Confidential Informant detainee/inmate that was placed/housed in the cell/room with me (Mitchell), sliding legal documents of mine, through the door to Sheriff's/Correctional officers, I watched this such Confidential Informant detainee/inmate for about two (2) hours this such night, while Sheriffs/c/o's continued to stand by my cell door peeking through the glass, ▓▓▓ but once I turned to acknowledge them (c/o's) at the ▓▓▓ cell door such Sheriffs/c/o's would duck and /or run away from the door. I also Stated, that, such act involving Sworn Staff (sheriffs) had occured everywhere I (Mitchell) had been housed at C.C.Doc (Cermak 08, Div. 10, and Div. 08 RTU). ▓▓▓ of which I stated could all be verified by Security Camera, I also Stated that I (Mitchell) would have filed/submitted an grievance/complaint about/of such type of incident sooner, but I would have been told, that I was exspiricing symptoms of "My Illness". This such incident occured after I filed/submitted an grievance/complaint stating I (Mitchell)

16

wanted to make copies of evidence that can proove an Conspuricy to Committ and Conscal, Retoliation committed by Cook County Doc and the County of Cook (No one recieved displicancy action)

27 Claim: December 29, 2014, 7 am til 3pm shift, Div. 08 RTU, I filed an grievanced Complaint about/of an incident that accured Dec. 01, 2014 and on December 20, 2014. 12-01-14 I was called to Healthcare/sickcall. (located in Div. 08 RTU) due to the fact I had been forced to live with the infestation of lice, for the entire year of 2014 nurses had Rotaliated against me because of previous grievances/complaints I filed against Cook County Doc and their (nurses) peers, by not giving me lice treatment to get rid of lice and by not changing all infested linen of mine, After I returned from sickcall/Healthcare 12-01-14 Nurse came to tier 4A-A with hydrocortizone and lice treatment in her hand, such nurse only gave me (Mitchell) hydrocortizone for the itch and irritation, Caused by Such bugbites (lice), but she (nurse) did not give me lice treatment to get rid of ▓▓▓▓ Such lice infestation. So I filed an grievance/complaint ▓▓▓▓ explaining such incident/event that occured 1201-14, of which I requested that such nurse recieved full discipinary action, due to the fact Such nurse denied me (Mitchell) medical attention (delibrate Indiffrence) (to prevent me from suing) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ because she (nurse) knew that if she gave me (Mitchell) treatment for such lice infestation (lice) I would have medical records stating that I was infested with lice and it would be proof that I have had to live with such lice infestation for as long as I had (to prevent me from suing), I recieved an Inmate Grievance Response to such grievance/complaint that stated, I was seen urgent Care by doctor 12-10-14 ▓▓▓▓ and that I (Mitchell) mentioned nothing about/of such issue, which is true, but the only reason ▓▓▓▓▓▓ I

(Mitchell) did not mention any thing to the doctor about/of such lice infestation was because nurses had already refused to give me (Mitchell) treatment for such infestation of lice 12-01-14 (nine (9) days prior to being seen by doctor). Such Inmate Grievance Response I received about/of such incident/event ~~██████~~ ~~██████~~ 12-01-14 involving such nurse, was and is part of ~~████~~ Cook County DOC Conspiricy to Committ and Conseal the Cruel Unusual punishment and Rettaliation that had been embarked upon/against me. 12-20-14 I explained to CRW (aka Social worker) that I was still living with this such infestation of lice, later that day I (Mitchell) was called to Healthcare (located in Div. 08 RTU) (4th fl.) for such ~~██████████~~ ramification, I was denied medical treatment again. ("Basically adding Insult to Injury".) (No disciplinary action was issued)

28  Claim: September 03, 2014, 11 am t./12 noon, Div. 10 Hallway on the 2nd fl.)
I was forced ~~██████████~~ to come face to face with the assailant who sexually assaulted me (Mitchell) on 05-13-14, this was the second (2nd) time this ~~██████████~~ was allowed to happen (me having to come face to face with such assailant) I stated (in such grievance/complaint) that there is No Excuse for this, nor had any charges been filed against Byron Moore or any other assailant who had attacked me, be it for assults and/or sexual assults, even though I requested that all guilty parties and/or person ~~██████~~ be fully charged. ~~██████~~ I had only filed/submitted grievances/complaint about/of incidents that occured in full and clear view of security cameras  Note: I requested that Supt. Martinez be held responsible for all ~~████~~ such incidents, as well as Thomas Dart, and that all guilty parties recieve full criminal charges. Note: I filed an grievanced complaint about/of such incident, I recieved an Inmate Grievance Response that stated, 080 Failure To Protect, Complaint was issued InmateGrievance #/ Control # 20145280. (Cook County did not prosecute anyone, nor did anyone recieve disciplinary action

29 Claim: October 06, 2014, 3pm to 11pm shift, Div.10 Dayroom tier 2-c, I was stuck stabbed and/or poked w/ sharp needlepoint objects all about the body, face and (through my pants) up rectum by Confidential Informant detainees/inmates G. Brown, R. Jackson, Steve cell #14, Ralph cell #14, Glover, Mordini, cell #6, Dixon cell #10, Larry Lierce cell #12 and an detainee/inmate ▓▓▓ wearing an Black & White jump suit. I informed C/o Carter that I was assulted and sexually assulted), when & where I requested to speak to an white shirt (c/o supervisor) c/o carter did nothing to assist me (Mitchell) with my request, even though all the incidents/events I reported occured in full and clear view of ▓▓▓▓ stationary Sercurity Cameras ("But if there is ▓▓ an fight on tier, c/o's and white shirts will go watch the incident (using serc urity Camera footage) to verity what happened. But when I made complants, I was being ▓▓▓ told that an investigation is pending, even though all incidents I reported ▓▓▓ occured in full and clear view of stationary Sercurity Cameras
Note:   I requested that all guilty parties be fully charged with the Crimes they (a ssailant) had committed Note: I filed/submitted an grievance/complaint about/of such incident, ▓▓▓ of which I stated the above, I recieved an Inmate Grievance Response, Which stated, "Inmate on Inmate (physical) that was reffered to Div.10 Superintedant, that stated, "This grievance should be forwarded to O.P.R. & C.I.I.D, due to an ongoing investigation. Complaint ▓▓▓▓ was issued Inmate Grievance #/Contol # 2014 × 6151. (This claim is about the fact ▓▓▓ No displinery action was issued and No one was prosecuted)

30 Claim: October 07, 2014, 7am to 3pm shift, Div.10, tier 2-c day room, I was assulted and sexually assulted by Confidential Informant detainees/inmates, by way of being stuck and poked with sharp needlepoint objects, all about the body and face. The such incidents occured in full and clear view of stationary

Serecurity Cameras on the above cited date & time, of which I supplied names of assailant in the grievance/complaint I file/submitted about/of such incidents, I also stated in the body of such grievance/complaint that some of the attack 10/07/2014 happened ▓▓ while Superintendent Martinez and Commander Clemons were present on tier. Note: I requested that all guilty padtres and/or persons recieve full Criminal charges, due to the fact all such ▓▓▓▓▓▓▓ occured in full and Clear view of Stationary Serecurity Cameras, Note: I recieved an ▓▓▓▓▓ Inmate Grievance Response that stated, "no Inmate on Inmate (physical), such Complaint was issue Inmate Grievance #/Control # 2014 x 6152. (This claim is about the fact No disciplinary action was issued, nor was anyone prosecuted)

3(sf

~~40~~th Claim: January 1, 2015, 7am tol 3pm shift, Division 08 RTU, Tier 4A-A, I filed an 3of3 page grievance/complaint about/of the fact, that on 12/31/14 7am tol 3pm shift, Div. 08 RTU, tier 4A-A, I recieved attendance from Law Librarian (Ms. Jones). I gave Ms. Jones two (2) completed USC 1983 packets to be photocopied. One (1) 1983 packet about/of Cruel Unusual punishment, Retaliation, w/ Conspircy to Committ and Conceal, which contained grievances (exhibits) to support the initial statement of Claim and each of the thirty-nine (39) Related Claims ▓▓, along w/ Copies of O.P.R complaint forms (notorized complaint) that I have sent to O.P.R (but have yet to recieve) and an envelope I used to send an letter to C.C. Legal Department (that had been stamped by U.S. Postal Services and sent to addressee) (but have yet to recieve an response) and an envelope that I used to send C.C. Legal Department (that had been stamped U.S Postal Services I required and/or request) proof of Retaliation ▓▓ and Conspircy to committ and Conceal the Cruel Unusual punishment and Retaliation that has been ▓▓▓▓▓ embarked against me by C.C. DOC/Jail and the County of Cook. The other USC 1983 packet I gave to law librarian Ms. Jones to be photocopied this such day was about/of an Federal suit Conecerning an incident that occured Sept. 30, 2013, ~~when~~ ▓▓ ~~and other officers used~~ ~~and aggressive force, resulting in me recieving stiches~~ injury ▓▓ (appealed) ▓▓▓▓▓▓▓▓ (about/of mental and Emotional injury Suffered). Upon recieving photocopies from Ms. Jones (law librarian) I noticed the grievances that supported to the Civil suit about/of Retaliation, Conspircy to Committ

and Conceal were not within such photocopies (Grievances that supported the initial statement statement of claim and nine (9) of the related claims (claims 15 through 23). So I gave Ms. Jones back all the grievances/ complaints of which I needed photocopies of, to go and make three (3) copies of such USC 1983 packets, I noticed ▓▓ that the 1988 packet about/of the Federal suit against sheriffs/co's for mental and emotional injury suffered, ▓▓▓▓▓▓▓▓ were not among such photocopies (When Ms. Jones foist returned with such photocopies) nor was the original 1983 packet ▓▓ about/of such Federal suit. After debating with Ms. Jones about such issue, she left tier and returned with such USC 1983 packet along w/ the three (3) additional photocopies of such Federal suit for mental and emotional injury suffered, but as further Retaliation and Conspiracy to Commit and Conceal, Ms. Jones did not give me postage for such complaint. (Even though I am Indigent Note: I requested that this such complaint be given an control #, and that such incident can be verified by security camera Note: I recieved an Inmate Grievance Response, that stated, "Inmate is recieving law library services in accordance with CCDOC rules and regular, personnel responding to Grievance, ▓▓▓▓▓ (supervisor) M. Lake.

32c

**4th Claim:** January 2, 2015, 3pm til 11pm shift, Division 08 RTU, tier 4A-A, ▓▓ I filed an grievance/complaint about/of an incident that occured on the above date, time and location. When my food tray was adultered by officer and given to me by Confidential Informant Detainees. After I had eaten such Dinner tray, I requested medical attention, of which I was not allowed to ▓▓▓▓▓▓ recieve, I requested an psych evaluation, due to the fact I was extremely angry about that such situation and because I was willing to die about such ramifications.

I spoke to therapist Ms. Johnson about such incident, she gave me medical request slips. (after I informed her I was poisoned) ▓▓▓ Later that day officers who committed and knew about such hazing and torture came to my cell/room door harrasing and tormenting me, as further Retaliation for previous grievances and lawsuits I filed against C.C. Doc/Jail and due to the fact fellow officers of theirs were served by U.S. Marshal Service about/of an civil suit I filed (which one of the officers involved happens to be an Union rep) Note: ▓▓▓ I requested that all guilty parties be fully charge with the Crimes they have committed and recieve full diseplinary action and that this grievance/complaint be given ▓▓▓ an control # and that D.O.J be notified A.i.S.A.P, incident happened in view of Sercurity Cameras. Note: I also marked the Security Cameras as the wittness. Note: I recieved an Inmate Grievance Response, that stated, "Responding Lt. Young has found no evidence to sustain aforementioned allegations. Further more theres no mention of officers I deanify other than the names of officers or officer. Grievance broad and unclear" Personnel Responding to Grievance, Lt. Young

33rd ▓▓th Claim: January 3, 2015, 3pm til 11pm shift ; Division 08 RTU, tier 4A-A; I filed an grievance/complaint on the above date, time and locations, stating; I recieved diseplinary report for disobeying an direct order and threatening staff ( which I stated in such grievance/complaint was an blantant lie ) I ashed the officer who filed the report, how did I disobey an direct order, he replied I did so when I did not come out my cell/room for an hour, I informed such staff (sworn) that I could not be

given an displinary report for that, such staff then changed his statement, stated that staff ordered ▓▓ me to exit cell/room to be moved to another tier (general population tier) which I stated in such grievance/complaint was an lie, because I ▓▓▓▓▓ had been placed on Administrative Segregation since October 2014, I ask such officer who was the staff I allegedly threaten, such officer stated he did not know. Such displinary report was written after I informed mental health personnel that I had been by officers and that I was denied medical attention ▓▓▓▓ by such officer ▓▓▓▓ which I stated in such grievance/complaint was basically Cruel Unusual punishment and Retaliation. == Notes: I requested that all guilty parties and/or persons ▓▓ recceve full displinary action and that such grievance/complaint be given an control #, I also requested that the Department of Justice be notified A.s.A.p, and that I be allowed an interview with D.O.J. Note: I recieved an Inmate Grievance Response, that stated, "Inmate informed that displinary decidsions can not be grievanced or appealed through grievance forms" personnel Responding To Grievance, Earl. (Such grievance was not about displinary decidsion) Conspiricy to Committ and Conceal / Retaliation

**34th** ▓▓▓▓ Claim: February 17, 2015, 7am to 3pm shift, Division 08 RTU, tier 4A-A

I foled an grievance/Complaint, stating, I continued to fole request slip, requesting an emergancy phone call due to the fact I have been victimirzed (Sexually assulted) by Sworn staff and Confidential Informant detainaes, but the Superintendant had yet to answer my request. I also stated that my request slip to Superintendant Brown were being mishandled by jail officals to deter me from reaching out to family and friends about/of such incidents of me being sexually assulted, My food being adalterated and the overall campaine of harrasment that is being embashed against me by C.C.D.O.C

and the County of Cook / State of Illinois as an whole. Note: I
requested that the Department of Justice, Department of Human Rights
O.P.R and Internal affairs all be notified (A.S.AP) by DW.08 RTU Director
I also stated that Such Complaint was an Grievance and not an request
which demands on Control # Note: // I recieved an Inmate Grievance Response
that stated "CRW issued request for Phone Call, As Stated Above. Has no
Authority over phone calls, personnel responding to grievance, Lt. Botic (. Conspiracy
to Committ and Conceal)

35th Claim ⊽
Claim 35th February 17, 2015, 7am til 3pm Shift, Division 08, tier 4A-A, I resubmitted
on grievance/complaint I ▉ origanally filed 01/3/15 about/of ~~reservation~~
~~disciplinary~~ recieving an disciplinary report (ticket) due to retaliation from Salen
Staff. Officer Marcia stated I (Darrico Mitchell) disobeyed an direct order and
threaten Staff. Which I stated in Such grievance/complaint, was an blantant lie.
I also placed the Security Cameras as the wittness. I recieved an inmate
grievance response that stated "Inmate informed that disciplinary decisions
Can not be grievanced or appealed through grievance forms," per Inmate
Service Administration, personnel responding to Grievance, EARL. Such response
had nothing to do with the grievance/complaint I filed, of which I
articulated the facts very well, I also requested that such grievance/complaint
be reffered to the Superintendant (Such Grievance was not about disciplinary
decidsion) Note: I requested that I recieved an Control # about/of this Such
incident and that the Department of Justice, Department of Human Rights

Reviewed: 8/2013
4

be notified by Div. 08 RTU Director A.S.A.p

**3/4** Claim: February 20, 2015, 7am to 3pm shift, Division 08 RTU, I filed an grievance/complaint stating ▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ I, Dorrico Dewayne Mitchell, was placed on Administrative Segregation House alone, Out alone status, per Superintendant Brown, but on the above date, time and location, I was forced to be among other detainees, even after I informed staff (sworn) that I am Administrative Segregation Out alone, house alone status, I was forced to be in holding cells with numerous other ▓▓▓▓▓ detainees, where I feared for my safety and life the entire time, I continued inform staff that I am housed alone, Out alone status, but I was forced to be in holding cells with other detainees, despite my pleas. I ask/requested that such grievance/complaint be given an control # and reffered to Div. 08 RTU Director. <u>Note:</u> I requested that the Department of Justice, Department of Human Rights, O.P.R. and Internal affairs be notified (A.S.A.P) by Div. 08 RTU Director, I also requested that such grievance/complaint recieve and Control #. <u>Note:</u> I recieved an inmate grievance response stating such grievance/complaint was reffered to O.P.R - I.S., personnel ▓▓▓▓▓▓▓ responding to Grrievance, M.Lake (supervisor). Such Complaint recieved ▓▓ Control # 2015 X 1086 <u>Note:</u> 02/27/15, I appealed such response, due to the fact I wanted such grievance/complaint to be reffered to Div. 08 RTU Director, due to the fact I request that Div. 8 RTU Director notify the Department of Justice, Department of Human Rights, O.P.R and Internal Affairs

37th Claim:

February 24, 2015, 7am til 3pm shift, Division 08 RTU, tier 4A-A-2 Cell

I filed an grievance/complaint stating that on the above, date and time and location, I was told by Sheriff/c/o to report to the doctor (psych). I return to my cell/room to find that such room/cell had been rummaged by officers and that legal paper work of mine against Cook County DOC/Jail had also been rummaged through. I also stated in such grievance/complaint, that this was not the first time C.C. DOC has used this type of ploy. I asked that the Security Cameras footage ▓ ▓▓▓ be preserved, and that such Security Camera footage be sent to my attorney, to prove my allegations are true and correct, I also requested that this such grievance/complaint be reffered to Div.08 RTU Director ══ Notes: I requested that the Department of Justice, Department of Human Rights, O.P.R and Internal affairs be notified (A.S.A.P) by Division 08 RTU Director, I also stated that this, such Complaint was ▓▓ an Grievance, not an Request; which demands an Control #

38th Claim: March 06, 2015, 7am til 3pm shift, Division 08 RTU, tier 2E, I filed an grievance/complaint in regard to an grievance/complaint I filed 02/06/15 when and where I was stalked and Harassed by Sworn staff and detainees through my cell/room door, of which I stated ▓▓▓▓ in such grievance/complaint that Security Camera footage could verify my complaint and/or allegations I also requested that such grievance/complaint be reffered to Div.08 RTU Director and for such Director to notify the Department of Justice, Department of

Human Rights, O.P.R and Internal Affairs, so that I may recieve an interview with such agencies, I also stated in such grievance/complaint that such complaint was in fact an Grievance, not an request, which demands an Control #. Notes I requested that all security camera footage from the above date, time and location be preserved and sent to my attorney, to verify such claim and/or allegation,

**34th** Claim: March 06, 2015, 7am til 3pm shift, Division 08 RTU tier 4A-A, I filed an grievance/complaint in reguards to an grievance/complaint I filed 02/14/15 (Division 08 RTU) when and where I filed an grievance/complaint about the fact I had been assulted and Sexually assulted by sworn staff and detainees, and because of such incidents I requested that I recieve an emergency phone call to my family about/of such incidents. 03/05/15, I recieved an inmate grievance response stating that the CRW submitted such request for the emergency phone call, Personnel Responding To Grievance, Lt. Botica stated "CRW issued request for phone call. As stated above Rwk has no authority over phone call". I requested that this grievance be reffered to Div.08 RTU Director for Emergancy Phone Call. Notes I requested that the Department of Justice, Department of Human Rights, O.P.R and Internal Affairs be notified, I also requested that this such grievance/complaint recieve an Contal #

**40th** Claim: March 12, 2015, 7am til 3pm shift, Division 08 RTU, tier 2E-1-1, I filed an grievance/complaint stating that on March 12, 2015, 7am til 3pm shift, Division 08 RTU I CRW Martinez (area Social Worker) Six (6) grievances/complaint (1) about/of me being though cell/door 03/08/15 (2) about/of me being 4A-A in order to deter me from recieving incoming

mail, Copies of inmate grievance about/of Sworn Staff Misconduct, (3) about/of Cook County Jail torturing and formenting me in order to have me go to trial with the assistant States attorney who has been posing as my Public Defender and about Sworn staff and personnel torturing, and formenting me, to cause me to accept an plea, just to get away from such torture and torment (4) about/of low librarian Ms. Jones ▓▓▓▓▓▓ neglecting to ship my legal mail out within the 72hrs, and/or 3 days in which she is required to do so. (of which I recieved an inmate grievance response to, that stated "Inmate advised C.C.DOC is responsible for the movement of mail through the U.S. Postal Service. All mail dropped in the mail slit the same day the ▓▓▓▓▓ law librarian), Personnel responding to grievance Ms. Lahe )(5) about/of being treated as if I am Segregation, due to the fact I am house alone, Out alone, because of Sworn Staff Misconduct. physical, (6) request to low library. Note: I requested that I recieve all ▓▓▓▓ Six(6) Inmate copies of such grievances/complaints, and that this such complaint recieve an control (#, I also stated that such Complaint was an Grievance and not an request and that Security Camera on Division 08 2E could verify such

Claim: March 08, 2015, 3pm til 11pm shift, Divio B RTU; I filed an grievance/complaint stating I was moved from tier 4A, to tier 2E in order to deter and/or prevent me from recieving low library services of which I required to meet an dead line to amend an lawsuit against Cook County Jail and the County of Cook / State of Illinois about/of Cruel Unusual punishment, Retaliation, / Conspiracy to commit and conceal that is being embarsed against me. I also stated that such such Cruel Unusual punishment, Retaliation, Conspiracy to commit and conceal

was premedited, systematic and malicous, as well as the attempts to prevent me legal mail and copies of grievances/complaints and grievance responses about/of sworn staff misconduct, misconduct that was all in view of security cameras, of which I requested that such sercurity camera footage be preserved to verify my claim and/or allegations **Note:** I request that the Department of Justice, Department of Human Rights, O.P.R and Internal Affairs be notified by D.iv.08 RTU Director, I also stated that such Complaint was an Grievance, not an request and that I ex spect an control #

**42nd Claim:** March 10, 2015, 7am to 3pm shift, Division 08 RTU, tier 2E-1 I filed an grievance/complaint ▮▮▮▮ of which I stated such grievance, Complaint was in regaurds to ▮▮▮▮ me being treated as if I am Segred or Administrative Segregation ▮▮▮▮ out alone, housed alone status, due to the fact I fear for my ▮▮▮ safety and life because of staff Misconduct sworn staff (physical) and due to the Campaine of Harrassment, torture and turmoil committed by sworn staff and Confidential Informant detainees. I also stated that I should not have to be locked in an cell/room 23 hrs of each day (23 and 1) because of their (sworn staff) Misconduct, I also stated that I am the victim and that I had done nothing wrong **Note:** I requested that the Department of Justice, Department of Human Rights and O.P.R

**43rd Claim:** March 19, 2015, 3pm tol 11pm shift, Division 08 RTU, tier 2E, I filed an grievance/complaint of which I stated, I had reason good reason to believe that Cook County Jail sworn staff, personnel and the department (t)here in purposely mis handling my outgoing and incoming legal mail (n order to prevent me from recieving compensation and/or justice, of their (C.C.D.C)

wrong doing, I also stated I have sent numerous notarized letters to Courts and attorneys, without recieving any response. The Court had recently advised me to send U.S. Marshal forms of Defendants in two (2) of my cases against Cook County Jail/Doc. I have mailed such U.S. Marshal forms three (3) times within the last eight (8) weeks (that I had yet to recieve an response to) (Due to C.C.Doc Jail official. Note? = I requested that this such Complaint be marked as an Grievance and given an Control #, I also requested an interview with Div. 8 RTU Superintendent Brown; and that such Complaint is an Grievance, not an Request

**44th** Claim: March 23, 2015; 7am til 3pm shift, Division 08 RTU
I filed an Grievance/Complaint stating that on the above, date, time and location I was forced to be held in holding areas/bullpins with other detainees. I informed sworn staff that I am house alone, out alone status; but my complaints and concerns for my safety were ignored. I continued to fear for my life the entire time I was in such holding area/bullpin with other inmates Note? = I requested that this such Complaint be marked as an Grievance and given an Control #, I also requested full disciplinary action for all sworn staff that was in charge

**45th** Claim: 03/28/15; 7am til 3pm shift, Div. 08 RTU, tier 2E
On the above date, time and location Sargent Hill turned ▓▓▓▓ off the water ▓▓▓▓ to my cell/room. My water supply was not turned back on until 04/01/15, I was forced to be confined in such cell/room

48

twenty-three (23rd) hours to twenty-four hours (24 hrs) ▓▓ a day, with urine and ▓▓▓ , I did not even have water to drink. I stated in the grievance/complaint I filed about/of Such incident, that such Conditions of were inhumane, and was another example of the Cruel Unusual Punishment and Retaliation, I continue to Suffer and endure that has and is being committed, enabled and allowed here at C.C.DOC I also stated in Such grievance/Complaint, that ▓▓ Such Sargent who turned off the water supply to my room/cell, could be seen doing so, ▓▓▓ by Sercurity Camera footage. Which is why I requested that the Sercurity camera footage from the above ▓▓▓▓▓▓ date, time and location be preserved and sent to my attorney Note: I requested that this Such complaint be marked as an Grievance and given an Control Number, I also requested that the Department of Justice, Department of Human Rights and O.P.R be notified by Div.08 (RTU) Director

46th Claim: April 10, 2015, 7am t-l 3pm shift, Division 10 Law Library,
           On the above date, time and location Law librarian Ms. Kristal N. Sankey refusal to give me Notary for motions and letters to U.S. District Courts. Which she does not have the right to deny Notary Service, nor does She have the right to decide what documents I am allowed to have notarized, before I Send such documents to courts. Note: I filed an grievance/complaint about/of th ▓▓▓ ▓▓▓ ▓▓▓ ▓▓▓ I Stated the above. Note: I also requested that such grievance/ complaint be ▓▓▓ issued an Control # /Inmate Grievance #, and that Kristal N. Sankey recieve full disciplinary action and/or criminal charges. Note: But No diseplinary actions or Criminal Charges

47th Claim: April 16, 2015, 3pm til 11pm shift, Division 10, Tier 2-C-24;

On the date, time and location, I returned from recreation, I had my lunch wrapped and stored in to my property bag, after eating such lunch (bread & cheese) my mouth, eye, stomach, chest and throat began to burn ▩▩▩ essesively. I believe that officer adulterated my food (lunch tray) while I was at recreation; as retaliation for poor grievances/complaints and lawsuits I filed prior to this such incident. I filed an Grievance/ Complaint about/of this such incident, of which I requested that all security Camera footage from the above date, time and location be perserved as proof of my allegations/claims. Note: I also stated that I fear ▩▩▩ sworn Staff may make an ▩▩▩ attempt ▩▩▩ on my life next. Note: I requested that all guilty parties and/or persons recieve full Criminal charges. Note: I recieved an Response to such grievance/complaint that stated "A/L reviewed the video footage from the above date at 4/16/15. The tier went to rec from approximatly 1700 hrs to 1810 hrs. No officer handed, touched or had contact with any property or property bag belonging to a detainee. Note: I request in the body of the grievances/ complaint I filed about/of such incident, that, I wanted such Camera footage perserved for the civilsuit I would be filing. (No one recieved disciplinary action or criminal charges)

48th Claim: April 17, 2015, 11pm til 7am shift, Division 10, Tier 2-C,

On the above date time and location, I recieved an breakfast tray issued to me by an ▩▩▩ detainee. Such Breakfast Caused me to suffer extreme numbing pains of the chest, Heart and Stomach, officer Rodriguez was working tier. Note: I ▩▩▩▩▩ filed an grievance/conflict about/of such incident, of which I requested such grievance/complaint be marked as an grievance an issued an control # / Inmate Grievance #, Note: I recieved an response, stating, "CRW issued Inmate a medical request form

40

Inmate. reported he did not want medical attention he wanted to make it known the food made him sick". (Which was an lie") (No one received (disceplenary action or criminal charges) (refusal to prosecute) (part of an C.C. Doc Conspiricy to Committ and Conceal)

**49th Claim:** April 23, 2015, 7am til 3pm shift, ▓▓▓ 12pm til 3pm DW.10 2-B
On the above date, time and location I recieved an pass to law library. I returned to tier, was placed in cell where I begon to eat my lunch, which had been adulterated whole I was at the law library. I filed an grievance/complaint stating the above I also stated in ▓▓▓ the body of such Grievance/complaint that I wanted the Camcera footage from the above date, time and location be perserved to verify my claim and/or allegation for the Suit I would be filing about/of such incident I also stated I requested medical attention, but was ignored and denied by staff = I requested that such Complaint be issued an Control #/Inmate Grievance# (My request was not obligated) = I recived an response, stating, "P/n Reviewed footage from the over head camera on 2-B there is nothing to support detawes claim" (Which was and is an blatant lie") personnel Responding to Grievance, Lt. Karayter. (Refusal to prosecate) (Conspiricy to Committ and Conceal)

**50th Claim:** April 26, 2015, 3pm til 11pm shift, Division 10/Cermak Hosptl
On the above date time and location, I was transferred ▓▓▓ from Division 10 to Cermak Hospital as an retaliation and deterence to prevent and/or Deter me from recieving legal mail from Courts and/or Attorneys, also to prevent and/or deter me from recieving Inmate Grievance Forms. Cook County Doc/Jail officials continue to retaiate against me. I was placed and/or held in Cermak Hospital waiting room from 04/26/15 til 04/27/15. Which made it impossible to recieve legal mail and Inmate Grievance Response

34

due to the fact I wasn't housed or assigned to any housing unit
and/or tier. I filed an Grievance/Complaint stating ▇▇▇▇ all the above
Note: I recieved an Response that stated "CRW informed inmate if he is
still in Custody his mail or grievance responses will follow him" Note: pictured
responding to grievance, ▇▇▇▇ Lt. Blanchard stated, "Detainee mail will be
forwarded to ▇▇ detainee wherever they are housed at the C.C. Doc.
Note: In June of 2015 I recieved an letter ▇▇▇▇▇▇▇▇ from the U.S. District
Courts, Judge Joan H. Lefkow, that was dated April __, 2015, that had
to be resent to me due to the fact, C.C. Doc /Jail official sent
such package back to the U.S. District Court (Proof of C.C. Doc Conspirey
to Committ and Conseal )and/or (taking an blind eye to such incidents)
(as well as C.C. Doc refusal to Prosecute assailants and/or guilty parties)

NIXIE    606082002-1N      05/26/15

Proof Cook County was not allowing
me to recieved legal mail and proof of
my Allegation above

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**51th Claim:** April 26, 2015, 7am to 3pm shift, Division 10;
    On the above date, time and location I requested medical
attention due to the fact I was issued an aldulterated lunch that
Caused my eye, chest, tonuge, throat and chest to burn exessively, As
an form of retaliation for Complaining about such issue I was admitted
to Cermak 2-North ▇▇▇ psychward. I filed an grievance/complaint
stating the above; I stated on such grievance/Complaint was about
the fact I had been retaliated against for not allowing C.C. Doc
Sworn staff and Confidential Informant Detainees to victimize
me (Bully & Haze) and because I requested medical attention Note: I
requested such grievance/complaint be marked as an Grievance and issued
an Control #/Inmate Grievance # (No one recieved disciplinary action)

2488

C.C.Doc's

51    35

(Due to the Conspiracy to Committ ████ and ████ Conseal, by refusing to issue prosecute guilty parties and/or persons, ██blind Was taking to such incident)

52cd Claim: April 27, 2015, 3pm tel 11pm shift, Cermak Hospital waiting room,

On the above date, time and location I was victimized by Sworn staff and fellow detainees. I requested that all sercurity Camera footage from the above date, time and location be of such incident be perserved to verify my Claim and/or Allegations. I also requested that such Sercurity Camera footage be sent to my attorneys, All of which I stated in the grievance/complaint I filed about/of such incident. I also stated in such grievance/complaint, that the camera footage Would show ████ Correctional officers and Detainees Working together as an unit stalking ████ Harrassing and victimizing me Note: I requested that such Complaint/Grievance be issued an Cintral# / Inmate Grievance# and that all guilty parties and/or persons recieve disciplinary action  Notes  I recieved an response to such grievance/complaint, stating, "CRW spoke with psych and informed that inmate was being reffered to Cermak 2. North for further assessment to prevent him from being ████ a threat to himself or others". Personnel Responding To Grievance ████ Stated "Who and what sworn staff who is allegidly Bullying you or Hazing you—Need Names time & dates (No one was prosecuted due to C.C.Doc's Conspirecy to Committ and Conseal such incident) ████████

53d Claim: April 28, 2015, I filed an Grievance/Complaint about/of an incident that happened April 26, 2015, 3pm tel 11pm shift Division 10 /Cermak Hospital Emergency Room; I was told ████ per Sworn Staff I was being ████ transferred to Cermak 2-North

58    36

I was taken to Cermak Hospital and held in the waiting room at Cermak Hospital; Where I was forced to be ▓▓▓ held three (3) days (Sunday 04/26/15 till 04/28/15). I was forced to sleep on waiting benches and I was not issued Dinner for two (2) days <u>Note:</u> I requested that such grievance/complaint be issued an Central Number/Inmate Grievance # <u>Note:</u> I recieved an response, stating; "CRW spoke with Command Staff in Cermak and informed that all inmates in E.R. and Staging area must ▓▓▓ remain in waiting area until they have been seen by physician". Personnel Responding To Grievance stated "Plantiff and medical doctor ranks is admitted to Z-Worth per Supt. File 11264 (An blind Eye was taken to such incident) (due to C.C.Doc's Conspiricy to Committ and Conseal) (Which is why No one recieved diseplinary action) And at such time ▓▓▓▓▓▓ My housing Status was House Alone, Out Alone, I should not have been around other detainees.

<u>54th Claim:</u> May 05, 2015, from 1st/3rd Shift, Division 10,
                I filed/Submitted an Grievance/Complaint. stating, that, for over eighteen (18) months I had been filing grievance/complaint about/off the Camperne of Harrasment that C.C.Doc Sworn Staff, personnel and fellow detainees have embarked against me, which has led to torture and torment. Which was and is being used to preasure me in to going to trial and/or accepting an plea from the States Attorney, just to get away from such Torture and torment. I also stated in the body of such grievance/complaint that, instead of police officers at the police Station beating forced confessions out of arrestees/prisoners. C.C.Doc is torturing and tormenting ▓▓▓▓▓▓▓▓▓▓▓ pre-trial ▓▓▓ detainees (such as myself) while being detained here at C.C.Doc/Jail. C.C.Doc/Jail officials are retaliating against detainees who file

54

37

grievances/Complaints and/or law suits about/of such harrasment torture and torment. Note: I requested that such grievance/ Complaint be issued an Control #/Inmate Grievance # and that I be allowed an interview with ▨▨▨▨ Supt. Martinez ▨▨▨▨▨ about such incidents ▨▨▨▨ (No one ▨▨▨▨ was prosecuted)(Due to C.C. Doe's Conspiracy to Commit and Conceal such incidents)

**55th Claim:** May 10, 2015, 7am to 3pm shift, Division 10 Tier 2 B-Cell 71

On the above date, time and location I filed an grievance/ Complaint, of which I stated, I was stalked and Harrassed through my Cell/room door by Confidential Informant Detainees Security Cameras with Show detainees stalking and Harrassing me me through cell/room door, ▨▨▨▨▨▨▨▨ which is why I requested such Security Camera footage be preserved to verify my claim and/or Allegations for the law suit I would be filing about such incident. Note: I requested this Complaint be issued an Control #/Inmate Grievance #, and that all guilty parties and/or persons received full diseplinary action and/or full Criminal Charges. (No one received disciplinary action and/or Criminal charges)(due to ▨▨ C.C. Doe's Conspiracy to Commit and Conceal ▨▨ incidents of this nature, by taking an blind eye to them)

**56th Claim:** May 10, 2015, 3pm to 11pm shift, Division 10 Gymnasium)

On the above date, time and location I was victimized by sworn Staff (phys.call) while in the gym located in Division 10, As I attempted to play Basketball Staff ran in to gym (when ever they assumed my back was turned) Sticking, and poking me with sharp needle point objects, then running back of gym. Which is why I filed an Emergency Grievance, requesting that all Security Camera footage from the above date, time and location be preserved to verify my

Claim and/or Allegations, and for the civil suit I will be filing

Note: I requested that all guilty parties and/or persons recieve full disciplinary action and full Criminal charges. (No one recieved criminal charges and/or disciplinary action)(Due to CC. Doc's Conspiracy to committ and Conseal Such incident)

**57th Claim:** May 10, 2015, 3pm to 11pm shift, Division 10 Gymnasium

On the above date, time and location, I was victimized by Confidential Informant Detainees, Such C.I. Detainees Circled around me while I tried to play basketball, other C.I. Detainees Circled around ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ basketball Court waiting to Strike. Which is why I filed an Emergency Grievance requesting all Security Camera footage from the above date, time and location be preserved to verify my claim and/or Allegation, for the law suit I would be filing about/of such incident. I also Stated I did not Know the names of assailants, and "Thats what the Cameras are for" I also requested Such footage be sent to my Attorney Andrew Kopon Jr. (Kopon/Higus)

Note: I requested that all guilty parties recieve ▓▓▓▓ disciplinary action and Full disciplinary action and Full Criminal Charges and that Such Complaint/Grievance recieve an Control # / Inmate Grievance #, Note: I recieved an response to such grievance/Complaint that Stated: "Who, you need to give names so ▓▓▓▓ we can forward this to O.P.R. for an investigation". (No one recieved disciplinary action or Criminal ▓▓▓▓▓▓ Charges)(due to C.C. Doc's Conspiracy to Committ and Conseal these incident)(by way of C.C. Doc taking an blind eye to ▓▓▓▓ Such incidents)

~~58th~~ **58th Claim:** May 10, 2015, 3pm to 11pm shift, Div. 10 Tier 2-B-? cell
On the above date, time and location I ▓▓▓▓▓▓▓▓▓▓

39

returned from recreation to find that all food items that were in my cell/room had been Aldulterated by officers. Which is why I requested that all Sercurity Camera footage from the above date, time and location be perserved to verify my claim and/or allegations. Due to the fact I was not allowed to recieve medical attention, for the pain _Note: I ▓▓▓▓ fited an grievance/complaint stating the above. ▓▓ Note: I also requested that all guilty persons ▓▓ and/or parties recieve disciplinary action and full Criminal Charges and that such complaint recieve an Control#/Inmate Grievance Number (Due to C.C.Doc's Conspiricy to Committ and Conseal such incidents of this mature regaurding me, No one recieved disciplinary action or Criminal Charges)(No guilty parties and/or persons were prosecuted)(Due to C.C.Doc and other Cook County Departments taking an blind eye to these such incidents)

59th Claim: May 12, 2015, 7am tol 3pm Shift, Division 10 Tier 2-B-2 Cell.)

On the above date, time and location, I recieved an pass to attend law library, when I returned from the law library, then allowed in my cell, I began to eat my lunch to that I had placed in the cell before I went to the law library. Upon eating such lunch my tonge, mouth, throat, Nose, Skun, chest, Stomach and eyes began to painfully, Burn and itch. Which means that officers and/or Detainees, entered my cell while I was at the law library and Aldulterated my food. Which is why I filed an Emergency Grievance stating the above and requesting that the Sercurity Camera footage from the above date, time and location be perserved and sent to my Attorneys. "I also stated in the body of such grievance/complaint, I was not allowed to recieve medical attention = I requested that such Complaint be issued an Control #/ Inmate Grievance #, I also requested that all guilty parties and/or

Assailants be charged with Aggravated Battery and/or Attempt Murder. Note: I recieved an Inmate Grievance Response Stating "you opened your own lunch and and place your food in your own cell while you were off trier, and did you inform Staff about your issues for medical attention, please name staff or detainee that you feel were ▨▨▨▨ involved. (Due to ▨▨▨▨ C.C. Doc's Conspriracy to Commett and Conseal these incident/s, No one Recieved disciplinary action and No ▨▨▨▨ guilty parties and/or persons ▨▨▨▨ were prosecuted) (An blind eye was taken to such incident)

Just an suggestion

↪Claim: May 12, 2015, 7am til 3pm shift, Division 10 - law library?
On the above date time and location the campaine of Harrasment that Cook County Dcc has embarked against me, Continued, I was groped and sexnally assalted with sharp needle point objects. All ▨▨▨▨ incident of this such assalte occured in full and clear view of sorcurity cameras, which is why I filed an Emeigency Grievance requesting that all sercurity camera footage from the above date, time and location be perserved to verify my claim and/or allegation. I also requested that all such Sercurity Camera footage be Sent to my attorneys Andrew Kepa Sr., KEPAR/AIRDO attorney at law, 233 south Wacker drive, Suite 4450, Chicago, Illinois 60606, and to Anndra L. Hecago, Bruce Farrel & Associates, 120 N. Losalle sty, Room #1900, Chicago, Illinois 60602 Note: I requested that all guilty parties recieve full criminal charges. Note: I recieved response to the grievance/complaint I filed ▨▨▨▨ about/of such incident, stating, "Copy of Grievance was sent to O.P.R for investigation. Note: I appealed this response 05/21/15, Due to the fact I requested full criminal charges be filed against all assailants and that all such Sercurity camera footage be Sent to my Attorneys Note: I recieved an responce to such appeal, stating, "Original grievance forwarded ▨▨▨▨ to O.P.R. (No one was prosecuted) (Conspiriacy to Commett and Conseal) Complaint was issued Inmate Cri.... cmmett#

Just an Supporting

54  41

Claims May 12, 2015, 7am tel 3pm shift, Division 10 Tier 2-B,

On the above date time and location I was victimized by Confidential Informant detainees, C-I. Detainees assaulted me and Sexually assaulted me with sharp needle point objects, All incidents were in full and clear view of security cameras. Which is why I filed an Emergency Grievance requesting that all security camera footage from the above date, time and location be perserved to Verify my claim and/or Allegations. I also requested that such security camera footage be sent to my Attorneys, Andrew Kupu Jr., KePOU/AIRDC at 233 south Wacker drive, suite 4450, Chicago Illinois 60606, and to Anndra L. Herzog, Bruce Ferrel & Associates, 120 N. LoSalle St, #1900, Chicago Illinois 60602. **Note:** ≡ I requested that all guilty parties and/or persons received full Criminal Charges **Note:** ≡ I received an Inmate Grievance Response stating, "Because of the nature of the Complaint it should be forwarded to O.P.R. This grievance place in the paperwork for Supt. Martinez nor other review." **Note:** ≡ I appealed such response as 5/21/15, Due to the fact such incident occured in full and clear view of security cameras and due to the fact I requested full Criminal charges against all ▓▓▓▓ assailants. I recieved an response to such appeal that stated, "Response Stands Grievance re: Original matter was forwarded to O.P.R. Response per Theresa Olson. (C.C. DOC and/or C.C. Departments have not prosecuted anyone)

**both Claims** May 16 2015, 3pm tel 11pm shift, Division 10 Tier 2-B,

On the above date, time and location I was assaulted and Sexually assaulted (sodomized) through my pants by Sexual Deviant Sociopathic Opertunist C. I's Confidential Informant Detainees

All incidents were in full and clear view of Security Cameras.
Which is why I filed an Emergency Grievance requesting that the
Security Camera footage from the above date, time and location be
perserved to verify my claim. I also requested that such footage
be Sent to my Attorney Anndra L. Herzog, Bruce Ferrel and Associates
and to Andrew Kopon Jr, KoPON/AIRDO. I also supplied cell #'s of
assailants. Security camera footage will show assailants working
together as an unit to committ such preimeditated, Systimatic
and malicius acts, and due to the fact I continued to state that
all these incidents occurred in clear and full view of Security Camera
(in previous grievances/complaints) Assailants began to block
Security Cameras by positioning themselves in between the
Security Cameras and I, while other assailants assulted me

**61th Claim:** May 16, 2015, 3pm to 11pm shift, Division 10 Tier 2-B;

    On the above date, time and location I was sexually
assaulted, while c/o Leon was standing right there (incident by cell #6
and #7). I was also attacked by Confidential Informant detainees,
while c/o Strauch was unlocking cell doors. I was attached and/or assaulted
again during lockup time (sexually Assaulted) right in front of c/o Leon
(by the water fountain). Officers took an blind eye to all such incident
which is why I filed an Emergency Grievance requesting that all such
Security Camera footage from the above date time and location be perserved
and Sent to my Attorney Anndra L. Herzog, Bruce Ferrel and Associates
and to Andrew Kopon Jr, KOPON/AIRDO. Complaint recieved
and/or was issued Control Number 2015 2587. I Appealed
the response to such grievance/complaint.

Just an supporting

Claim: May 25, 2015, 3pm til 11pm shift, Division Q 8 RTO Tier 2-E

On the above date time and location, I was victimized by Sheriff/Correctional Officer Kuhn. While I was doing push-ups in the day room, C/o Kuhn crept up behind me and sexually assaulted me and sodomized me through my parts with an sharp needle point object. This incident occurred in full and clear view of Security cameras, which is why I filed an Emergency Grievance requesting that all Security Camera footage from the above date time and location be preserved and sent to my attorneys, Kenneth N. Flaxman, Andrew Kopon Jr., KOPON/AIRDO and to Anndra L. Herzog Bruce Ferrel and Associate Note: I also requested C/o Kuhn recieve full disciplinary action. Note: I recieved an response to such grievance/complaint that stated CRW Reffered such grievance/complaint to O.P.R. 05/29/15 I appealed such response. Complaint Recieved Inmate Grievance # 2015-2957

62ed Claim: May 13, 2015, 3pm til 11pm shift, Division 10, Tier 2-B,

On the above date time and location I was assulted and sexually assaulted by C.I. detainees. Such detainees worked as an unit to committ these atrocites. All incidents were in full and clear view of Security Camera-s. Security Camera footage will show, Such detainees sticking, stabbing and poking me and groping me with sharp needle point objects as they pass me, and/or creeping up behind me ect. ect. Which is why I filed an Emergency Grievance stating the above, I also requested that such ███████████ Security Camera footage be perserved and sent to my Attorneys, Anndra L Herzog, Bruce Ferrel Dorn & Associates, 120 N. Lasalle st, suite #1900, Chicago, Illinois. I also supplied an list of such assailant-s (by cell #'s) Note: Plu I requested that all guilty parties and/or

persons ▓▓ receive ▓▓▓▓▓▓▓ full criminal charges <u>Note:</u> I also stated "I want to file criminal charges against all assailants". <u>Note:</u> I recieved an response stating, stating, "R/I reviewed the video camera footage from the date and time in question and did not see any events like the ones decribed by Detainee Mitchell." Personnel Responding to Grievance, Lt. Blanchard. <u>Note:</u> I appeal such response 05/14/15, Due to the fact "C.C.DoC sworn staff is are purposely taking an blind eye to the evidence and because I requested that all such footage be sent to my Attorney". <u>Note:</u> My Appeal was denied by Theresa Olsen (Due to C.C.DoC and other Cook County Departments taking an blind eye to this incident; No guilty parties and/or persons were prosecuted) (Due to ▓▓ C.C.DoC's Conspiracy to Committ and Conseal this incident and more) Such Complaint was issued Inmate Grievance Number/Control # 2015 25 24

63rd Claim: May 15, 2015, 7am til 3pm shift, Cook County Criminal Court Building, On the above date time and location the Compaine of harrassment that I have filed numerous grievances/complaints about/of that had been happening at C.C.DoC/Jail building; happened in bullpin/holding area (Court Room 504 holding area), Confidential Informant detainees Sticking, poking and/or Stabbing me in the leg with sharp needle point objects; every time I stepped up to the bars to speak with my public defender (Micheal Biel), Which is why I filed an Emergency Grievance stating all the above and requesting that all security camera footage from the above date, time, and location be preserved to verify my claim. I also requested such footage be sent to my Attorney Anadria L. Herzog, Bruce Fetral Dorn & Associates, at 120 N. Lasalle st. Suite #1900, Chicago, Illinois 60602 and to Andrew Kopon Jr., 233 south Wacker drive, suite 4450, Chicago Illinois 60606. <u>Note:</u> I also requested all guilty parties and/or persons

recieve full criminal charges. <u>Note:</u> I also stated

"I want to file full criminal charges against all assailants". <u>Note:</u> I
recieved an response, stating, "P.C. Lt. Dillon
Video footage was observed & Claims were not substantiated", persnel
Responding to Grievance, Theresa Olson. <u>Note:</u> 05/28/15 I appealed such
response "Due to the fact this incident occured in full and clear view
of security cameras and Due to the fact Theresa Olson is part
of the Corrupt C.C. DOC personnel who is trying to Conseal
these such incidents". <u>Note:</u> My Appeal was denied by M. Lake.
(Due to C.C. Doc'/County of Cook's Conspiracy to Commit and Conceal
this incident, No guilty parties were Charged and/or prosecuted)
(Such Grievance was not forwaded
and/or reffered to O.P.R - I.S. and/or C.I.I.D, to prevent
Security Camera footage from being perserved) (nor was such footage
Sent to my Attorneys) Complant Relas issued. Control Number/
Inmate Grievance Number 2015 2589


64th Claim: May 16, 2015; 7am til 3pm shift, Div. 10 Tier 2B
On the above date time and location I was Victumed
by Confidential Informant Detainees. I was assulted and Sexually
assulted and Sodomized through my pant with sharp needle point objects.
All incident were in full and clear view of Security Cameras,
Security Cameras footage will Show assailants working together
as an unit to Commit Such acts. Which is why I filed an
Emergancy Grievance stating the above, and requesting that all
Security Camera footage be perserved to verify my claim and/or
allegations, I also requested such footage be Sent to my Attorneys
Aundria L. Herzog, Bruce Ferral @ Assiciates, [redacted] 20 nw Lasalle st, Suite 1900
Chicago, Illinois 60602, and to Andrew Kopon Jr., Kopon/AIRDO

South Wacher drive, Suite 4450, Chicago, Illinois 6.606 Note: I requested that all guilty parties and/or persons recieve full Criminal Charges. I also stated "I want to file criminal charges against all assailants." Note: I recieved an response that, stated, "

65th Claim: May 17, 2015, 7am to 3pm shift, Division 10 tier 2-B

On the above date, time and location I was assulted by Detainees, and Sexually assalted. I informed the officer who was working that tier, He did nothing, So I requested an white shirt, Sargt. Cramp and Sargt. Doody came to tier, where and when I informed them that I had been Sexually assulted. I filed an grievance/complaint request all Security Camera footage from the above date time and location be preserved and sent to my Attorney to verify my claim (Anndra L. Herzog 120 N. Lasalle st, suite #1900, Chicago Illinois 60602 Note: I also request guilty parties recieve full Criminal charges. Note: I recieved an response that stated, "PREA Notification Has been Previously made. Tapes don't substaniate Claims and No Names of any staff or inmates Are given." Note: 06/02/15 I appeald such response "Due to the fact I Reported all incidents I reported were in full and clear view of Security Cameras and I requested all such Security Camera footage be

47

Perserved and sent to my attorney, Lt, Botica
is an blatant lier. I request that this issue be
sent to O.P.R. "Note: My Appeal was denied by, Theresa Olsen

## Relief:

I, Darrico Dewayne Mitchell, request that the Court/Judge grant Me (Mitchell) $ 200,000,000 for the punitive damages and Emotional and Mental damages cited within the body of this Complaint. I am suing in defendants in their Individual and Professional Capasity

**VI.** The Plaintiff demands that this case be tried by an jury ~~~~~~~~~ ☑ Yes ☐ No

## CERTIFICATION

By signing this Complaint I (Mitchell) certify that the facts stated within the body of this Complaint are true to the best of my (Mitchell) Knowledge, information and belief. I may be subject to Sanction by the Court

Signed this __27th__ day of __July__, __2016__
     (Day)       (Month)   (Year)

_Darrico Dewayne Mitchell_
(Signature of Plaintiff)

_____
(I.D. Number)

446 North LeClaire Ave., Chicago, Illinois 60644
(Address)



## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MITCHELL, DARRICO
Patient Type: Visit CHS
Birth Date: 2/20/1982
Gender: Male

Admission Date: 9/22/2013
Discharge Date:
FIN: 20130922136

MRN: 00283208z; 004987290c

CMRN: 1006794693

---

### MH Infirmary

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

MH Infirmary
10/7/2013 09:40 CDT
Auth (Verified)
MORENO MD,MICHAEL A (10/7/2013 09:44 CDT)
MORENO MD,MICHAEL A (10/7/2013 09:54 CDT)

#### progress note

Patient: **MITCHELL, DARRICO**     MRN: 00283208z     **FIN: 20130922136**
Age: **31 years**   Sex: **Male**   DOB: **2/20/1982**
Associated Diagnoses: **None**
Author: **MORENO MD, MICHAEL A**

**Basic Information**
  **General Communication**
    Visit Type: Scheduled follow-up.
    Language: Patient understands English.
    History limitation: clinical condition.
    Documentation Reviewed: Prior Cermak records.

**Subjective**
  Problem list .
    All Problems
      Psychotic disorder / 298.9 / Confirmed

**History of Present Illness**
  Patient seen, chart reviewed. The patient continues to report problems with being "poisoned" by peers in his cell. He also notes that he keeps finding holes in his body. He has been without any PRN medication in 48 hours. He notes feeling somewhat hopeful about court later this week.. ( Retaliation )

**Histories**
  **Allergies:** .
    Allergic Reactions (Selected)
      *Severity Not Documented*
        Pork- No reactions were documented.
  **Current Medications:** (Selected).
    Inpatient Medications
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 180 MCG, 2 PUFF, Inhalation, Q 6 hr kop, PRN: Shortness of Breath
        LORazepam: 2 MG, 1 ML, IM, Q 6 Hr, PRN: Agitation

---

Report Request ID: 22800846

Page 247 of 1,313

Facility: CHS
Location: 082A; 1; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

CCSAO 0250

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MITCHELL, DARRICO
Patient Type: Visit CHS
Birth Date: 2/20/1982
Gender: Male

Admission Date: 9/22/2013
Discharge Date:
FIN: 20130922136

MRN: 00283208z; 004987290c

CMRN: 1006794693

---

### MH Treatment Plan CHS

*Classification:* Medical ; *Clinical Service:* Non-Specified ;
*Code:* ICD-9-CM ; *Probability:* 0 ; *Diagnosis Code:* 298.9

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

MH Treatment Plan CHS
10/10/2013 12:14 CDT
Auth (Verified)
BENNETT,KIMBERLY (10/10/2013 12:14 CDT)
BENNETT,KIMBERLY (10/10/2013 12:14 CDT)

#### Mental Health Admission/Progress Note Entered On: 10/10/2013 12:33
#### Performed On: 10/10/2013 12:14 by BENNETT, KIMBERLY

**Mental Health Admission/Progress Note**

*Subjective Observation :* Patient observed kicking door of his cell and beating on the window/glass of his cell door. Patient stated "I want a shower and I want the social worker," Patient then stated "You think You gonna get away with beating my daughter but your not". Patient appeared angry and irate. Patient was informed that he would be given the opportunity to take a shower and see social worker today. Patient was able to calm himself .

BENNETT, KIMBERLY - 10/10/2013 12:14
(As Of: 10/10/2013 12:33:14 CDT)

Problems(Active)
Psychotic disorder (ICD-9-CM :298.9 )

*Name of Problem:* Psychotic disorder ; *Onset Date:* 10/1/2013 ; *Recorder:* PASCHOS MD, STEVE; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 298.9 ; *Last Updated:* 10/1/2013 12:57 ; *Life Cycle Status:* Active ; *Responsible Provider:* PASCHOS MD, STEVE; *Vocabulary:* ICD-9-CM

Diagnoses(Active)
Psychotic disorder

*Date:* 10/1/2013 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Psychotic disorder ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-9-CM ; *Probability:* 0 ; *Diagnosis Code:* 298.9

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

MH Treatment Plan CHS
10/10/2013 18:20 CDT
Auth (Verified)
STASI,LAUREN (10/10/2013 18:20 CDT)
STASI,LAUREN (10/10/2013 18:20 CDT)

#### Mental Health Group Progress Note Entered On: 10/10/2013 18:23
#### Performed On: 10/10/2013 18:20 by STASI, LAUREN

**Mental Health Group Progress Note**

Report Request ID: 22800846

Page 369 of 1,313

Facility: CHS
Location: 082A; 1; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MITCHELL, DARRICO
Patient Type: Visit CHS
Birth Date: 2/20/1982
Gender: Male

Admission Date: 9/22/2013
Discharge Date:
FIN: 20130922136

MRN: 00283208z; 004987290c

CMRN: 1006794693

| Nursing Note Inpt |
|---|

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
10/1/2013 18:50 CDT
Auth (Verified)
ALABI RN,AUGUSTUS (10/1/2013 18:50 CDT)
ALABI RN,AUGUSTUS (10/1/2013 18:50 CDT)

### Nursing Progress Note Entered On: 10/01/2013 18:56
### Performed On: 10/01/2013 18:50 by ALABI RN, AUGUSTUS

**Nursing Progress Note**
*Nursing Progress Note :* S- Pt said f... u doc.
O- Affect is inappropriate, mood is angry,
A- He was banging his door and threatening staff and officers. He was verbally redirected but continued. Pt continued to bang his door.
P- He was medicated with medicated with emergency medication.

ALABI RN, AUGUSTUS - 10/01/2013 18:50

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
10/2/2013 01:13 CDT
Auth (Verified)
CHATMAN RN,LORRAINE (10/2/2013 01:13 CDT)
CHATMAN RN,LORRAINE (10/2/2013 01:13 CDT)

### Nursing Progress Note Entered On: 10/02/2013 01:13
### Performed On: 10/02/2013 01:13 by CHATMAN RN, LORRAINE

**Nursing Progress Note**
*Nursing Progress Note :* S / O - Receieved resting on bunk w/o incident./ No c/o's or concerns voiced
A / P - Ongoing observation throughout shift./ Will note any status change.

CHATMAN RN, LORRAINE - 10/02/2013 01:13

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
10/2/2013 05:16 CDT
Auth (Verified)
CHATMAN RN,LORRAINE (10/2/2013 05:16 CDT)
CHATMAN RN,LORRAINE (10/2/2013 05:16 CDT)

### Nursing Progress Note Entered On: 10/02/2013 05:17
### Performed On: 10/02/2013 05:16 by CHATMAN RN, LORRAINE

**Nursing Progress Note**
*Nursing Progress Note :* Pt. refused breakfast despite encouragement.- States that he is starting a hunger strike.

Report Request ID: 22800846

Page 1,093 of 1,313

Facility: CHS
Location: 082A; 1; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.



## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MITCHELL, DARRICO
Patient Type: Visit CHS
Birth Date: 2/20/1982
Gender: Male

Admission Date: 9/22/2013
Discharge Date:
FIN: 20130922136

MRN: 00283208z; 004987290c

CMRN: 1006794693

---

### Nursing Note Inpt

Nursing Progress Note Entered On: 10/04/2013 19:43
Performed On: 10/04/2013 19:42 by KANEL RN, HELEN

**Nursing Progress Note**
*Nursing Progress Note :*  S: " Why am I still here"
O:Pt reports that he is tired of being on unit, Offers no other concerns for nursing.
A: Ate all of dinner, Calm and quiet. Reports med compliance.
P: medicate as ordered and monitor behavior

KANEL RN, HELEN - 10/04/2013 19:42

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
10/5/2013 00:24 CDT
Auth (Verified)
CHATMAN RN,LORRAINE (10/5/2013 00:24 CDT)
CHATMAN RN,LORRAINE (10/5/2013 00:24 CDT)

Nursing Progress Note Entered On: 10/05/2013 00:24
Performed On: 10/05/2013 00:24 by CHATMAN RN, LORRAINE

**Nursing Progress Note**
*Nursing Progress Note :*  S / O - Received resting on bunk w/o incident./ No c/o's or concerns voiced.
A / P - Ongoing observation throughout shift./ Will note any status change.

CHATMAN RN, LORRAINE - 10/05/2013 00:24

---

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Inpt
10/5/2013 23:19 CDT
Auth (Verified)
ALABI RN,AUGUSTUS (10/5/2013 23:19 CDT)
ALABI RN,AUGUSTUS (10/5/2013 23:19 CDT)

Nursing Progress Note Entered On: 10/05/2013 23:20
Performed On: 10/05/2013 23:19 by ALABI RN, AUGUSTUS

**Nursing Progress Note**
*Nursing Progress Note :*  S- Pt stated that someone hit him in the head 2 weeks ago.
O- Affect is appropriate, mood is normal.
A  No sob or distress  at this time.
P- He was placed on sick call.

ALABI RN, AUGUSTUS - 10/05/2013 23:19

---

Report Request ID:  22800846

Page 1,097 of 1,313

Facility:  CHS
Location:  082A; 1; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

